DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM BEACH POLO, INC,**
Appellant,

v.

**VILLAGE OF WELLINGTON,**
Appellee.

No. 4D20-1562

[January 7, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502014CA013530XXXXMB.

Alexander L. Domb of Alexander L. Domb, P.A., Wellington, for appellant.

Claudio Riedi of Lehtinen Schultz PLLC, Miami, and Laurie Stilwell Cohen and Rachel Bausch of Village of Wellington, Wellington, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***